IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

DeMarcus C. Jackson
    Plaintiff,

vs.

Civil Action No. 21-CV-352-JB-B

Continental Motors Aerospace Technologies
    Defendant(s)

## COMPLAINT

1. Plaintiff resides at __3661 Airport Blvd Apt 347__

2. Name(s) of defendant(s) _____

3. Location of principal office(s) of the named defendant(s) __2039 S. Broad St. Mobile, Al. 36615 Bldg 1.__

4. Nature of business of defendant(s) __Aircraft Engine Building__

5. Approximate number of individuals employed by defendant(s) __150 - 200__

6. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) __✓__ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) __✓__ Other acts as specified below: __Discrimination and harrassment and retaliation.__

Rev. 8/2015

7. Plaintiff is:

   (A) \_\_\_\_\_ Presently employed by the defendant.

   (B) ✓ Not presently employed by the defendant.

   The dates of employment were Jan 22, 2007 to Dec. 15, 2020

   (1) ✓ Plaintiff was discharged.

   (2) \_\_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) ✓ Race          ✓ Sex

   ✓ Color          \_\_\_\_\_ National Origin

   \_\_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) \_\_\_\_\_ Physical disability

   \_\_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) \_\_\_\_\_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) all male- Mark Morris Supervisor - white, Tom Peterson Supervisor - white, Richard Pennington Director - white, Gilbert \_\_\_\_\_ Supervisor - Spanish, Vince Faucher Supervi white

10. The alleged discrimination occurred on or about About from 2012 - 2013 to 2020 Continuous daily through these years including harrassment.

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: By daily harassment & discrimination. Was constantly disciplined and suspended for things white people were not disciplined for. Was accused of selling drugs, threatening & intimidating, and was disciplined for work process including suspension where when a white person did the same absolutely nothing was ever done. Was constantly followed and watched every single place I worked while they never monitored a person who was white going out his work area for over an hour at a time. Was written up for engine pulls and suspended where a white male was not ever disciplined.

12. The alleged illegal activity took place at Continental Motors Aerospace Technologi

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about Jan 3. 2021 latest. I also went to eeoc in 2016 and 2019

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 5-15-2021

14. I seek the following relief:

(A) ✓ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: 8-10-2021

DeMarcus C. Jackson
Signature of Plaintiff

3661 Airport Blvd Apt 347
Address of Plaintiff

(251) 623-3577
Telephone Number of Plaintiff

I, DeMarcos C. Jackson, had been to HR department along with the union about 100 times along with the union to complain about the daily harassment, discrimination, and harassment of supervision. It was so horrible that I had to be replaced to another department while they claimed to do an investigation. and absolutely nothing changed after those couple days of expecting or hoping for change. It only got way more harsh and intense at that point. I was disciplined and suspended even more. My vacation had started being denied without reason while they had approved a white person vacation when it was clear her's could not and should not have been approved because they were already over the limit. When I as a black person had requested it, they weren't even at the limit. Was written up for what they falsely claimed as failure to follow process and clearly when it was witnessed by myself and a few other coworkers where a white person actually was in violation of such policy, we noticed they saw her doing so and that person was not disciplined or warned for such. When I brought it to that white male supervisor attention that he was saw by us observing him allow her to do so without discipline, he, Tom Peterson, had me written up falsely by saying because I mentioned it to him it was threatening and intimidating he had me suspended by falsely saying by me saying so it was threatening and intimidating which there is nothing to prove such dishonest behavior by saying what was truth. Our expectancy rate for engine pull is to pull all part to an engine complete every two hours. Two white males, hourly by the name of Lonnie Rogers and Patrick Duncan never met this rate and was not disciplined for such where I a black male was written up and suspended. Every person that was black was either written up, threatened over not meeting rate, or suspended as myself. I was asked to the hr department how can they rules and expectations for people of color and not the same expectancy or roles for white people and they failed as usual to correct this behavior of their management or any supervision which is some of the reason I had no choice but to resort to going to eeoc in 2016, 2019, and also 2021 on this same company. It is clear to me that this company have such a disregard for the law and any normal practices any company should abide by.

EEOC Form 161 (11/2020)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Demarcus C. Jackson<br>850 Banneker Court<br>Prichard, AL 36617 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2021-00262 | ARLENE A. GORCEY,<br>Investigator | (251) 304-7922 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour* Digitally signed by Erika LaCour
Date: 2021.05.21 07:50:56 -05'00'

Enclosures(s)                  Erika LaCour,                          *(Date Issued)*
                               Local Office Director

cc:  **CONTINENTAL MOTORS AEROSPACE**           Kristine Cruz-Malto
     **TECHNOLOGIES**                           **FIVE POINTS LAW GROUP**
     c/o Timothy A. Heisterhagen, Esq.          2151 Highland Avenue South
     PO Box 290                                 Suite 205
     Mobile, AL 36601                           Birmingham, AL 35205

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***