# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DEMARCUS C. JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:21-cv-00352-JB-B |
| CONTINENTAL MOTORS AEROSPACE TECHNOLOGIES, | ) ) ) ) | |
| Defendant. | ) ) | |

## DISCLOSURE STATEMENT

Comes now Continental Aerospace Technologies, Inc. ("Continental"), a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of S.D. Ala. CivLR 7.1:

    _____    This party is an individual, or

    _____    This party is a governmental entity, or

    _____    There are no entities to be reported, or

    \_\_X\_\_    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Continental Aerospace Technologies Limited | Continental is a wholly owned subsidiary of Continental Aerospace Technologies Limited. |
| AVIC International (HK) Limited | Continental Aerospace Technologies Limited is a wholly owned subsidiary of AVIC International (HK) Limited, a Bermuda corporation that is publicly traded on the Hong Kong Stock Exchange. |

| | |
|---|---|
| AVIC International Holding Company | A majority of the shares of AVIC International (HK) Limited are owned by AVIC International Holding Corporation, a state-owned enterprise of the People's Republic of China. |

Dated: September 16, 2021    Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:(251) 405-1300
Facsimile: (251) 432-6843


By:   *s/ Timothy A. Heisterhagen*
          Sherri Rich Ginger (GING9300)
          srg@ajlaw.com
          Timothy A. Heisterhagen (HEIST0290)
          tah@ajlaw.com

*Attorneys for Defendant Continental Aerospace Technologies, Inc.*

## **CERTIFICATE OF SERVICE**

 I do hereby certify that on this date, September 16, 2021, I served the foregoing by U.S. Mail, properly addressed and first class postage prepaid, on:

DeMarcus C. Jackson
3661 Airport Blvd., Apt. 347
Mobile, Alabama 36617

              *s/ Timothy A. Heisterhagen*
              Timothy A. Heisterhagen