**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEMARCUS C. JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. 1:21-00352-JB-B** |
| **CONTINENTAL MOTORS AEROSPACE** | ) | |
| **TECHNOLOGIES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on Defendant Continental Motors Aerospace Technologies, Inc.'s Motion to Dismiss Plaintiff's Complaint. (Doc. 9). The Motion was fully briefed and the Court heard arguments of counsel on January 31, 2022. For the reasons stated herein and on the record of the hearing, the Motion is granted in part and denied in part.

Plaintiff's Complaint alleges employment claims against Defendant pursuant to Title VII, based on harassment, retaliation, sex, and race discrimination. Defendant asserts two grounds in support of its Motion to Dismiss. First, Defendant argues Plaintiff's claims for harassment, retaliation, and sex discrimination are due to be dismissed because Plaintiff failed to include those claims in the underlying EEOC charge. Second, Defendant argues Plaintiff has failed to state race and sex discrimination claims due to various pleading deficiencies.

Plaintiff filed a response to Defendant's Motion but does not address Defendant's argument that he failed to include harassment, retaliation, and sex discrimination in his EEOC charge. The Court finds Plaintiff did fail to include those claims in his EEOC charge, and

Defendant's Motion to Dismiss is due to be granted on that ground. Plaintiff's claims for harassment, retaliation, and sex discrimination are dismissed.

The Court finds that Defendant's Motion is due to be denied as to Plaintiff's race-based claims. Those claims shall proceed.

**DONE and ORDERED** this 9th day of February, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE